# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-31132
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 17, 2017

Lyle W. Cayce
Clerk

GREGORY L. GRIFFITH,

> Plaintiff - Appellant

v.

O'REILLY AUTOMOTIVE STORES, INCORPORATED,

> Defendant - Appellee

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:14-CV-470

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

   We have reviewed the parties' briefs and the pertinent portions of the record. The magistrate judge's thorough opinion examined all of the alleged fact issues proffered by the plaintiff and found them either unsupported by the record or insufficient to prove Title VII discrimination, harassment, or retaliation. We find no reversible error of fact or law and AFFIRM the judgment.

---

   * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.